**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| LESLIE JOHNSON; ANITA RINGOLD; LAKESHA MILLBROOK; SHANTIA CLEAVLAND; CHRISTOPHER THORPE; KIMBERLY YOUNG; JANET GRAY; and APRIL BEARFIELD | PLAINTIFFS |
| v.     No. 4:05CV01558 JLH | |
| DILLARD'S, INC.; DILLARD DEPARTMENT STORES, INC.; THE HIGBEE COMPANY, d/b/a DILLARD'S; W.D. COMPANY, INC.; and DILLARD STORE SERVICES, INC. | DEFENDANTS |

## FINAL JUDGMENT AS TO CLAIMS OF CHRISTOPHER THORPE, KIMBERLY YOUNG, AND JANET GRAY

Pursuant to the Opinion and Order entered separately today, all claims asserted by Christopher Thorpe, Kimberly Young, or Janet Gray are dismissed with prejudice because those claims are barred by the applicable statutes of limitations.

IT IS SO ORDERED this 11th day of August, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE