**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LESLIE JOHNSON                                                                                              PLAINTIFF

v.                                             No. 4:05CV01558 JLH

DILLARD'S, INC.; DILLARD DEPARTMENT
STORES, INC.; W.D. COMPANY, INC.; and
DILLARD STORE SERVICES, INC.                                                             DEFENDANTS

## ORDER

Defendants' motion to quash the deposition notice of Matt Henry and for a protective order is hereby denied as moot. Document #107.

IT IS SO ORDERED this 5th day of December, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE